## CUSTOMER RECEIPT

**Operator ID/Retailer: 123**
**PEC-ASAP Account #: 2758A**
HAWKINSVILLE DRUG CO
478-783-0555
153 COMMERCE ST
HAWKINSVILLE GA 31036
**Weight:** 2 LBS
**SZ:** 0X0X0

**Ship To:** AVN
DISTRICT COURT OF APPEALS
75 TED TURNER DR SW
SUITE 2211
ATLANTA GA 30303

**Sender:**
FELISHA GRISSETT
478-317-8093

| | |
|---|---|
| Freight: | $15.17 |
| Packing Chgs.: | $0.00 |
| Additional Charges: | $0.00 |
| Other Chgs.: | |
| Coupon | $0.00 |
| **Total Due:** | **$15.17** |

**Ship Date:** 06/17/2025  **Via:** GROUND COM
**Track#:** 1Z A8A 210 03 0022 2172  **Zone:** 99
**Package ID:** 22217
**Contents:** papers
**Declared value:** 100

**Paid By:** Cash

**Delivery:** 06/18/2025

CLAIMS: Do
paid or investig
be covered. In
rated based o
reimbursement
other proof of
rights and wil
made for the l
value. You ha
not be honor

THIS RETAI
motors, engin
packages valu
their stated tarif

By shipping any
Shipper hereby
liability and unde