**FELISSA GRISSETT**
**APPELLANT**

**CASE: 25-10293**
Chapter 13

**BANKRUPTCY COURT**
**JUDGE PAUL BAISER**
**TRUSTEE MELISSA DAVY**
**DISTRICT COURT**
**APPELLEES**



U.S. COURT OF APPEALS
RECEIVED
CLERK

JUL 0 3 2025

ATLANTA, GA

U.S. COURT OF APPEALS
RECEIVED
CLERK

FEB 0 4 2025

ATLANTA, GA

# MOTION FOR ORAL ARGUMENT

Come NOW the appellant motioning the appellate courts for an oral argument for knowledge as it pertains to bankruptcy and civil procedure. The appellant has a GT score of 112 in the United States Army as of 2007. To be entitle to a security clearance one must a 110. However, the appellant does suffer from dyslexia, which can be precipitated by trauma. Appellant has been traumatized by several entities and individual at the direction of the government. And by the hands several governmental officials. Appellant desire to ensure the appellate court fully understands the gravity of the situation, validity the evidence, and exactly what it is that the appellant is trying to convey during the appeals process. Communicating orally makes the appellant feel more comfortable, giving appellant disability. The oral argument is to simply highlight arguments that appellant view as particularly important in the case. The appellant believes that an oral argument can be critical and it gives me a chance to engage directly with the court. It is both appropriate and will give the appellant an equitable opportunity to present my case. As the appellant is appealing decisions of personal that graduated from law school. Appellant feels that an oral argument will lead the way and it will also contribute to a decent chance of succeeding during the appeals process.

Appellant thanks the court in advance for its consideration.

Felissa Grissett
25090 Mulholland Hwy
Calabasas, California 91302
4783178093

Case Name: Chapter 13
Docket Number: 25-10293
Appellant: Felissa Grissett

Respectfully submits this appeal from a final judgement entered by the United
States District Court Northern District of Georgia Atlanta Division on January 28,
2025 wherein the court.

## STATE OF THE ISSUES

Presiding Judge Mark H. Cohen dismissed case 1-25-CV-0308. Judge Cohen and
staff members from the District Court has been solicited to harass the appellant
by the government. The dismissal is an attempt to sabotage case 21-54419. The
appellant was not given time to properly file ALL documents that would have
solidified the case. Per the District court rules Plaintiffs are allotted 14 days for
the filing of statements. However, the case was dismissed within 5 days. The case
was dismissed the very day that the Appellant brought 230 pages of supporting
documents. These document were suspiciously filed after the dismissal. The case
was also dismissed before Judge Paul Baiser and Trustee Melissa Davey has a
chance to respond to the allegations and claims. Furthermore Judge Cohen not
only violated Appellants and Appellees rights to properly prepare a defense. He
did this by not adhering to the Federal Rules of Appellate Procedure Rule 3.

Per The Federal Appellate Rule 3 The case file date does not coincide with the
inadequate timeframe of both the filing and dismissal. This hasty dismissal is
clearly evidence of bias, partiality, misconduct, harassment, EX PARTE
COMMUNICATION, and using his position to give special treatment to the
appellees. Judge Cohen dismissed the case to interfere in Appellants having a true
chance at winning the appeal. His blatant disregard for proper procedure is
telling. The timeframe from the filing and dismissal is a completely obvious and
intentional act of ignoring and going against established rules, regulations, and
guidelines implemented and enacted by Congress. The Commission on Judicial
Performance will be contacted in the near future.



## APPELLES VIOLATED APPELLANTS RIGHTS TO DUE PROCESS UNDER THE FOURTEENTH AMENDMENT

Judge Cohen not only refused the Appellant to file a statement nor did allow the Appellees the opportunity to respond. He also did not give the Appellant the opportunity to request a default judgement if the Appellees had no intensions of entertaining the claims. This essentially shows his clear lack of respect for the correct way of following procedure. The Judge has deliberately bypassed proper protocol and made no attempts to follow them.

### STATEMENT OF THE FACT

**Bankruptcy case 21-54419 should be closed.** This entire case was NEVER handled properly. The ONLY Chapter 13 Plan was to last doe 3 year. This agreement was confirmed by Judge Paul Biaser August21, 2021. All payments where successfully made in a timely manner. See **Exhibit A** which is the Payment History as evidence. Although Trustee Melissa Davy has annotated an inaccurate payment history, the documented history will reflect otherwise. **Exhibit B** is (3) court appearances VIA audio to shed light on the entire case.

During the Appeals process the clerks neglected their responsibility by properly transferring the transcripts per Rule 3 and Rule 4. Shannon Morris for the Bankruptcy Court and Stephanie for the District Court both hindered the appeal from originally being docketed on January 17, 2025. This was by sharing false information to the Appellant. Please not Camera footage and recorded calls will prove this to be facts. The clerks have made several attempts to sabotage the case. Both courts are treating the Appellant differently than similarly situated Appellants which is in violation of Appellants rights to EQUAL OPPORTUNITY. Appellees and Court staff have fraudulently suppressed and withheld material evidence to assist in appellant prevailing on this claim. The Judge, Trustee, and Court Staff knowing and willingly violated rules implemented and enacted by Congress, The Federal Appellate Procedure Guide and Northern District of Georgia Appeals Rules. Rules were changed at the courts leisure in the appellant's case. This alone is ground for a discrimination lawsuit against both courts.

## CONCLUSION

The undisputed facts here show that the Bankruptcy Court and District Court have not followed rules of the courts. Therefore, the state and district violated the appellant's state and federal rights. A number of fundamental rights are an issue in this case. These include discrimination, such as my disability, RIGHT TO LIFE, religion and more. Appellants sixth and seventh amendment rights have been violated as well appellant requested a **TRIAL BY JURY.**

Appellant request case 21-54419 be closed per confirmed Chapter 13 plan drafted by Rushi Patel, And that was confirm August20, 2021 by Judge Paul Biaser. Duly note that the Appellant is PRO SE. However, the appellant only filed motions, notices, and exhibits to the case.

Appellant is requesting overages return immediately.

Appellant the ALL 3 appellate judges review the case to prevent bias and partiality in the case.

Appellant is requesting a trial by JURY.

The lower level court erred in granting a dismissal before allotting proper due process. And denying in the favor of the appellants with true bases other than harassment. Its determination should be reversed.

God is with me...................................................

Felissa Grissett
25090 Mulholland Hwy.
Calabasas, California 91302

THIS CASE IS A VERY SENSITIVE ONE. THE FEDERAL BUREAU OF INVESTIGATION IS MONITORING THE CASE CLOSELY. CONSPIRCY TO COMMIT APPELLANTS MURDER, FRAUD, ALTER DOCUMENTS AND MORE IS ATTACH TO EACH CASE. THIS NOW INCLUDES THE 11TH CIRCUIT COURT INVOLVEMENT AS OF JANUARY 30, 2025.

THE BANKRUPTCY COURT IS ILLEGALLY ATTEMPTING PROLONGING THE CASE TO BOTH EMBEZZLE MONEY FROM THE DEBTOR AS WELL AS COVERUP WRONG DOING IF THE APPELLANT WERE TO SUCCESSFULLY BE MURDERED. THERE IS A GAS SENDING MECHANIAM IN MY HOME 9001 DAWES CROSSING MCDONOUGH GEORGIA 30252. IT HAS BEEN IN THE FOR ATTIC FOR 3 YEARS. FEEL FREE TO VIEW THE APPELLANTS SOCIAL MEDIA PLATFORMS AS EVIDENCE.

FOR VIOLATING MY RIGHTS THERE WIL BE CIVIL SUITS IN THE NEAR FUTURE.

PLEASE HANDLE THIS CASE WITH CARE. AS I AM SETTING UP EVERYONE INVOLVED. THIS WILL BE THE BIGGEST ARREST MADE IN HISTORY. ON THAT YOU CAN BELIEVE!

PORTE BANK HAS ATTEMPTING TO CREATE SEVERAL ACCOUNTS WITHOUT MY KNOWLEDGE OR PERMISSION. THIS IS TO ALTER MY PAYMENT HISTORY FOR MY MORTGAGE AND THE TRUSTEE. I ONLY HAVE ONE BANKING ACCOUNT WITH THEM. I HAVE HAD THE SAME ACCOUNT SINCE JUNE 2023. THEY SOMETIMES CALL THEMSELVES NETSPEND. I HAVE NO IDEA WHAT THAT IS ABOUT. ACCOUNT ENDING IN 1130 WITH THE ONLY ACCOUNT THAT I RECEIVE MY DEPOSITS.I HAVE NO ONLINE ACCESS. AND MY ADDRESS IS THE ONLY ONE THE COURTS HAVE. I AM BEING HARASSED BY SEVERAL ENTITIES FOR THE GOVERNMENT. BECAUSE OF A GRADING SCANDAL AND ATTEMPTS TO COVER UP CHILDREN BEING MOLESTED.

GOD IS WITH ME........................................................

⑦

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

*Check the appropriate box in section 1, and check the box in section 2.*

1. **Type-Volume**

[ ] This document complies with the word limit of FRAP      [insert Rule citation] because, excluding the parts of the document exempted by FRAP 32(f) and            [insert applicable Rule citation, if any]            , this document contains        [state the number of]      words.

**or**

[ ] This brief complies with the line limit of FRAP      [insert Rule citation]      because, excluding the parts of the brief exempted by FRAP 32(f) and            [insert applicable Rule citation, if any]            , this brief uses a monospaced typeface and  contains        [state the number of]      lines of text.

2. **Typeface and Type-Style**

[✓] This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

(s)___Pro-Se_____

Attorney for _Felissa Grewell_

Dated: __3-6-2025__

*MARCH TO Brief*

Rev.: 12/16

← **Posts**           Follow

 felissagrissett     ⋮



♡   ◯   ▽          🔖

felissagrissett Most day I am down for the cause. Then there's days that I'm exhausted from it all. I struggl... more

August 4, 2023.

 felissagrissett     ⋮



            

← **Posts**

 heartofhomerealestate                    ⋮



1 like

View all 2 comments

heartofhomerealestate @savage_lee1                          ♡

April 4, 2022

 heartofhomerealestate                    ⋮



← **Posts**



heartofhomerealestate



3/9

1 like

View all 2 comments

heartofhomerealestate @savage_lee1

April 4, 2022



heartofhomerealestate



1/2

← **Posts**


heartofhomerealestate                                        ⋮


4/9

♡  ◯  ◁                                              🔖

**1 like**
View all 2 comments
heartofhomerealestate @savage_lee1                           ♡
April 4, 2022


heartofhomerealestate                                        ⋮


1/2

← **Posts**



heartofhomerealestate



5/9

**1 like**

View all 2 comments

heartofhomerealestate @savage_lee1

April 4, 2022



heartofhomerealestate

1/2



Screenshot saved

 12:23 PM
Outgoing call, 4 mins 14 sec

         

**heartofhomerealestate** One minute I'm a witness the next I'm not in my nieces molestation case
April 5, 2022

 heartofhomerealestate



          

**1 like**
View all 2 comments
**heartofhomerealestate** @savage_lee1

    

 **12:23 PM**
Outgoing call, 4 mins 14 sec

  

heartofhomerealestate One minute I'm a witness the next I'm not in my nieces molestation case

April 5, 2022

 heartofhomerealestate                          ⋮



7/9

  

**1 like**

View all 2 comments

heartofhomereales

Screenshot saved

12:23 PM
Outgoing call, 4 mins 14 sec

                      

heartofhomerealestate One minute I'm a witness the next I'm not in my nieces molestation case

April 5, 2022

 heartofhomerealestate



 

**1 like**

View all 2 comments

heartofhomerealer        Screenshot saved



10:53 ⚙

← **Posts**

 heartofhomerealestate ⋮



2/3

♡ ◯ ◁ ・•・ ◫

**2 likes**

heartofhomerealestate I'M NOT TELLING FOLK THAT I'M
PURCHASING A HOME EVERY SO MANY MONTHS...... more

View 1 comment

April 16, 2019

 heartofhomerealestate ⋮

Screenshot saved

⌂     🔍     ▶     🛍     ◉



 heartofhomerealestate



 **heartofhomerealestate**





    

**1 like**

View all 2 comments

**heartofhomerealestate** @savage_lee1

April 4, 2022

| LOS ANGELES POLICE DEPARTMENT | ☐ADULT (DSVD/MPU) | ☐JUV. INVESTIGATING DIV. _S_ |
|---|---|---|

☒MISSING ☐FOUND PERSONS INVESTIGATION

"If missing, DR No. shall be obtained within 2 hours.

| DESCRIPTION OF | SEX: | DESCENT: | HAIR: | EYES: | MISSING PERSON'S NAME (LAST, FIRST, MIDDLE): | DR NO. |
|---|---|---|---|---|---|---|
| MISSING PERSON: | F | BLK | BLK/BRO | | GRISETT MADISON | 220319716 |
| HEIGHT: | WEIGHT: | AGE: | BUILD: | COMPLEXION: | RESIDENCE ADDRESS (if unknown, general locate): CITY: ZIP. NO. RESIDENCE PHONE: | |
| 5'04 | 110 | 13 | THIN | DARK | 1818 1/2 W 24TH ST, LOS ANGELES 90014 0316 | |

E-MAIL ADDRESS OF MISSING PERSON:

IDENTIFYING MARKS AND CHARACTERISTICS.
(False teeth, tattoos, visible dental work, etc.)

NONE

| DOB: | DATE/TIME LEFT HOME. | DATE/TIME LAST SEEN: | DATE/TIME FORMAL REPORT TO POLICE. |
|---|---|---|---|
| 3/18/09 | | 11-5-22  0800 | 11-05-22 1430 |

LOCATION LAST SEEN (if applicable): CITY:
1818 1/2 W 24T 450 LOS ANGELS
DATE/TIME POLICE DETERMINED MISSING
ISTORE 27 HRS) 1705 11 CJ

POSSIBLE CAUSE OF ABSENCE (Respondent over debt, etc.):
UNK
PROBABLE OR POSSIBLE DESTINATION
COLUMBUS, GEORGIA

MENTAL CONDITION (Good, poor, etc. If poor, explain):
GOOD
REPORTED MISSING BEFORE (Even if no report taken):
☐NO ☒YES  DATE:

CLOTHING WORN ☐GLASSES ☐CONTACTS
N/A

LAST PRIOR ADDRESS OF MISSING PERSON:
1818 1/2 SAN PEDRO ST LOS ANGELES 90018
DOES THE MP USE SOCIAL MEDIA? IF ☐YES
YES, EXPLAIN IN THE NARRATIVE.  ☐NO-

ALIAS, MAIDEN NAME, OR ADDITIONAL SURNAME:   NICKNAME:
MARITAL STATUS

| JEWELRY, PAPERS AND OTHER ARTICLES CARRIED: | BIRTHPLACE: COLUMBUS, GEORGIA | FINGERPRINTED (when/where): N/A |
|---|---|---|

PERSONAL HABITS (Drinker gambler, etc.)
WHERE FIRST HEARD FROM OR KNOWN TO HAVE GONE ON PRIOR OCCASION

| BANK NAME/DEBT/SS/GENERAL RELIEF INFORMATION | OCCUPATION/UNION: STUDENT | SCHOOL (Name, City, State): LA, CA AUS) GRADE 8TH UTAH STREET, ELEMENTRY |
|---|---|---|

| VEHICLE DRIVEN (if applicable) | ☐MP ☐SUSP | YEAR: | MAKE: | MODEL/STYLE: | COLOR: | LICENSE NUMBER: | STATE: | LIC. YEAR: | VIN: |
|---|---|---|---|---|---|---|---|---|---|

SOURCES CHECKED    OFFICERS SHALL QUERY THE MASTER INQUIRY FUNCTION OF NCGS

| Include Names/Serial No. ☐MI | | MISSING PERSON (ADULTS ONLY) | ☐MENTAL EVALUATION | ☐CORAL NORTH | ☐CORONER |
|---|---|---|---|---|---|

7031435341 22

PROBATION INTAKE DETENTION CONTROL (323) 226-5656
AREA JUVENILE DETECTIVES
CCFS (800) 540-4000 Option 4
EUNINE, LOLAMB

| CODE. A- PERSON REPORTING ABSENCE   L - PERSON LAST SEEING MISSING PERSON   P - PARENTS OR GUARDIAN (Juveniles only)   F - FRIENDS/RELATIVES   S - SUSPECT (DOB) | | | | |
|---|---|---|---|---|
| NAME GRISETTE, FELISSA | DOB 5-16-81 | CODE: RESIDENCE ADDRESS R 1818 1/2 W 24TH ST | CITY LA | ZIP GOO18 |

RES. PHONE X BUS PHONE
470 306 7275
E-MAIL ADDRESS

| NAME | DOB | CODE: | RESIDENCE ADDRESS. | CITY | ZIP | RES. PHONE X BUS PHONE |
|---|---|---|---|---|---|---|

E-MAIL ADDRESS

RES PHONE X BUS PHONE
E-MAIL ADDRESS

| NAME | DOB | CODE: | RESIDENCE ADDRESS | | | |
|---|---|---|---|---|---|---|

| DENTIST NAME N D | | ADDRESS: | PHONE |
|---|---|---|---|

KNOWN ASSOCIATES.

IF OUT'S OF AGENCY INVESTIGATING, FAX NO:
DATE FAXED    OFFICER NOTIFIED    SERIAL NO.

| AGENCY OF RESIDENCE. | NAME | EMPLOYEE NOTIFIED # | ☐YES ☐NO | AGENCY LAST SEEN: | | NAME | EMPLOYEE NOTIFIED # | ☐YES ☐NO |
|---|---|---|---|---|---|---|---|---|

| INTERVIEWING OFFICER(S) TJB(1) | SERIAL NO 3962 | AREA/DIV. DETAIL: 1780/San JAB2 | ☐ PHOTO & RAY WAIVER RELEASE (DOJ SS4367 or BCIA-4049) PROVIDED BY OFFICERS |
|---|---|---|---|

| SUPERVISOR APPROVING RPT. | SERIAL NO | ☒ NCIC PRINTOUT ATTACHED ☒ NCIC PRINTOUT REVIEWED | PERSON REQUESTING TO SAPPEARANCE (Signature) | RELATIONSHIP |
|---|---|---|---|---|
| | 30878 | | X | |

| DATE/TIME REPRODUCED SWD N6479 | DIVISION NOV 0 5 2022 | CLERK 20:30 | RDCSTATY NO TTY OO1 | NCIC NO M391058389 |
|---|---|---|---|---|

| F.C. LOST UP REPORT | TO BE COMPLETED BY DETECTIVE (COMPLETE NARRATIVE ON PAGE 2) FCN NO 2742230900223 | | | | | | |
|---|---|---|---|---|---|---|---|
| CLEARED: | UNFOUNDED ☐ | ARREST ☐ | OTHER ☐ | DATE | REPORTING OFFICER. | SERIAL NO. | DIV | DISPOSITION |

COMMENTS (For investigating Detective Only)

CI 16.20 (10/2026)

MISSING/FOUND PERSONS INVESTIGATION    INT. CASE NO.

263 322 - 276-3615



   

**2 likes**

**felissagrissett** Special Agent Nathan A. Cherney  I'm



 

**2 likes**

**felissagrissett** My children are missing.....No, detective has called me yet. My family and the government is involved!!!

View 1 comment

November 8, 2022

 **felissagrissett**





U.S. COURT OF APPEALS
RECEIVED
CLERK

JUL 0 3 2025

ATLANTA, GA

U.S. COURT OF APPEALS
RECEIVED
CLERK

JUL 03 2025

ATLANTA, GA

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF INTERESTED PERSONS AND
### CORPORATE DISCLOSURE STATEMENT (CIP)

Felissa Griscutt _vs._ Bankruptcy Court   Appeal No. 25-10293 -JJ

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Bankruptcy Court, Trustee Melissa
Doty, Judge Paul Baiser,
District Court of Appeal, Felissa
Griscutt

Submitted by:

Signature: _____

Name: Felissa Griscutt        Prisoner # (if applicable): ___

Address: 25090 Mulholland Hwy Calabasas, CA 91302

Telephone #: 4783178093

Rev.: 2/23