UNITED STATES COURT OR APPEALS FOR THE 11th Circuit

7-8-25

Case Number:
25-10293 JJ

Felisse Gravitt
Appellant

Northern District Bankruptcy
Appellee

MOTION REQUESTING TO BUY A CAR

COMES NOW The Appellant requesting to Buy or purchase a car. I am walking and paying people for rides. Ford has a Paragetic damage on my car Ford & Walmart have refused $ to fall apart along with other mechanical campaigns

21-54419

U.S. COURT OF APPEALS RECEIVED CLERK JUL 07 2025 ATLANTA, GA

FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA 2025 JUL -7 AM 10:58 VANIA S. ALLEN CLERK BY: DEPUTY CLERK

# ALM Chrysler Dodge Jeep Ram Perry

100 Iffie Road
Perry, GA 31069

| Buyer: | Co Buyer: | Deal #: | 3924 |
|---|---|---|---|
| FELISSA A GRISSETT | | Deal Type: | Retail |
| 9001 DAWES CROSSINGS | | Deal Date: | 07/02/2025 |
| MCDONOUGH, GA 30252 | | Print Time: | 05:52pm |
| Home #: | Home #: | | |
| Work #: | Work #: | Salesperson: | TEVIN CARTER |

**Vehicle**

| New | ☐ | | | | |
|---|---|---|---|---|---|
| Used | ☑ | Stock #: | Description: | VIN: | Mileage: |
| Demo | ☐ | KC544273 | 2019 JEEP GRAND CHEROKEE | 1C4RJECG8KC544273 | 58,018 |

**Trade**

| | | | | |
|---|---|---|---|---|
| Sale Price: | $ | 24,020.00 | Option 1:  (retail) | |
| Total Financed Aftermarkets: | $ | 0.00 | **Down Payment** | $0.00 |
| Total Trade Allowance: | $ | 0.00 | | |
| **Trade Difference:** | $ | 24,020.00 | 72 mth @ 21.12 | $ 690.69 |
| | | | | |
| Documentary Fee: | $ | 995.00 | | |
| State & Local Taxes: | $ | 1,771.70 | | |
| Total License and Fees: | $ | 338.00 | | |
| **Total Cash Price:** | $ | 27,124.70 | | |
| | | | | |
| Total Trade Payoff: | $ | 0.00 | | |
| **Delivered Price:** | $ | 27,124.70 | | |
| | | | | |
| Cash Down Payment + Deposit: | $ | 0.00 | | |
| | | | | |
| ESC Premium: | $ | 0.00 | | |
| Premier UVP: | $ | 0.00 | | |
| Diamond Elite: | $ | 0.00 | | |
| GAP: | $ | 700.00 | | |
| **Unpaid Balance:** | $ | 27,824.70 | | |

Payments listed are estimated. Payments are subject to credit approval by a third party lender and final deal terms are contained in a buyers order and/or retail installment contract and/or lease.  All warranty prices quoted are for a period of 12 months or 12,000 miles, whichever comes first.

Buyer _____     Manager Signature _____

Co-Buyer _____

Tevin Carter

(205) 422-3083

U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT (CIP)

*[stamp: U.S. COURT OF APPEALS RECEIVED CLERK JUL 07 2025 ATLANTA, GA]*

_____ vs. Bankruptcy _____ Appeal No. 25-10293

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Submitted by:
Signature: _____
Name: _____ Prisoner # (if applicable): _____
Address: _____
Telephone #: _____

Rev.: 2/23